UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,                                   Case No. 1:06:CR:272

v.

                                             HON. GORDON J. QUIST

EUGENE ROSE,

      Defendant.
_____/

**<u>ORDER</u>**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed February 14, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Eugene Rose's plea of guilty to Count 1 of the Indictment is accepted. Defendant Eugene Rose is adjudicated guilty.

3. Defendant Eugene Rose shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.


Dated:  March 19, 2007                                       /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE